| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DR. ALIAZAM ABBASFAR, and<br>MAHDIEH ANSARI ROODSARI, | ) ) ) | No. C 07-1155 PVT |
| Plaintiffs | ) ) | |
| v. | ) ) | ORDER ON<br>**PARTIES' JOINT REQUEST TO BE** |
| MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of U.S.<br>Citizenship and Immigration Services;<br>CHRISTINA POULOS, Acting Director<br>of USCIS California Service Center;<br>ALBERTO GONZALES, U.S. Attorney General;<br>ROBERT S. MUELLER, Director<br>of Federal Bureau of Investigation, | ) ) ) ) ) ) ) ) ) ) | **EXEMPT FROM FORMAL ADR<br>PROCESS** |
| Defendant. | ) ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

Joint Request for Exemption
C07-1155 PVT                                      1

the applications for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: May 29, 2007                                        /s/
                                                   ILA C. DEISS
                                                   Assistant United States Attorney
                                                   Attorney for Defendants

Dated: May 24, 2007                                        /s/
                                                   LORI SCHOENBERG
                                                   Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 6/4/07                                       _____
                                                   PATRICIA V. TRUMBULL
                                                   United States Magistrate Judge

Joint Request for Exemption
C07-1155 PVT                                       2