1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
5  Assistant United States Attorney

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
7    Telephone: (415) 436-6730
     FAX: (415) 436-6748
8
   Attorneys for Defendants
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13
   DR. ALIAZAM ABBASFAR, and       )  No. C 07-1155 PVT
14 MAHDIEH ANSARI ROODSARI,        )  ORDER ON
                                   )  JOINT STIPULATION TO CONTINUE
15       Plaintiff,                )  MOTION HEARING UNTIL
                                   )  JULY 31, 2007
16    v.                           )
                                   )  Date: July 31, 2007  24 MP
17 MICHAEL CHERTOFF, Secretary of the )  Time: 10:00 a.m.
   Department of Homeland Security; EMILIO )  Courtroom: 5, 4th Floor
18 T. GONZALEZ, Director of U.S.   )
   Citizenship and Immigration Services; )
19 CHRISTINA POULOS, Acting Director of )
   USCIS California Service Center; )
20 ALBERTO GONZALES, U.S. Attorney )
   General; ROBERT S. MUELLER, Director )
21 of the Federal Bureau of Investigation, )
                                   )
22       Defendant.                )
                                   )
23

24      Defendants Michael Chertoff, et al., and Plaintiffs Dr. Aliazam and Mahdieh Ansari Roodsari,

25 through their counsel of record, hereby stipulate to a continuance of the hearing on the Defendants'

26 Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim and scheduling conference

27 under Fed. R. Civ. P. 26(f) for the above entitled case, until Tuesday, July 31, 2007, at 10:00 a.m.

28 ///

JOINT STIPULATION TO CONTINUE MOTION HEARING UNTIL JULY 31, 2007
C 07-1155 PVT

1    Good cause exists for the continuance of the motion hearing and Rule 26(f) scheduling
2  conference in the above captioned matter. Melanie L. Proctor, Assistant United States Attorney, was
3  assigned to this matter on July 9, 2007, and requires the additional time to prepare Defendants'
4  Reply. Defendants respectfully request a continuance of the motion hearing and Rule 26(f)
5  scheduling conference in the above captioned matter until July 31, 2007.

6                                         Respectfully Submitted,

7  Dated: July 10, 2007                   SCOTT N. SCHOOLS
                                          United States Attorney
8                                         JOANN M. SWANSON
                                          Assistant United States Attorney
9                                         Chief, Civil Division

10

11                                        MELANIE L. PROCTOR
                                          Assistant United States Attorney
12                                        Attorneys for Defendants

13
   Dated: July 10, 2007
14                                        LORI B. SCHOENBERG
                                          Attorney for Plaintiffs
15

16

17                            ORDER

18    Pursuant to the stipulation of the parties, IT IS SO ORDERED.

19

20  Date:  7/10/07
                                          PATRICIA V. TRUMBULL
21                                        United States Magistrate Judge

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE MOTION HEARING UNTIL JULY 31, 2007
C 07-1155 PVT