UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DR. ALIAZAM ABBASFAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, et al., <br><br> Defendants. | Case No.: C 07-1155 PVT <br><br> **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

Due to the scheduling needs of the court,

IT IS HEREBY ORDERED that both Defendants' motion to dismiss and the Case Management Conference in this matter are continued to 10:00 a.m. on August 7, 2007. If either counsel has a scheduling conflict with that day and time, they shall immediately notify the court (at 408/535-5434).

Dated: *7/30/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*