UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DR. ALIAZAM ABBASFAR and MAHDIEH ANSARI ROODSARI,<br><br>             Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF,<br><br>            Defendants. | Case No.: C-07-1155 PVT<br><br>**CASE MANAGEMENT CONFERENCE ORDER** |

On August 7, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply in this case.

1   IT IS FURTHER ORDERED that the parties have been exempted from all formal ADR
2 processes.
3   IT IS FURTHER ORDERED that the following schedule shall apply to this case:
4   Filing of Cross Motions for Summary Judgment . . . . . . . . . . . . . . . September 18, 2007
5   Filing of Oppositions to Cross Motions for Summary Judgment . . . . . . . October 2, 2007
6   Hearing Date for Cross Motions for Summary Judgment   10:00 a.m. on October 23, 2007
7   IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for
8 Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev.
9 1/5/06), a copy of which is available from the clerk of the court,[1] with regard to the timing and
10 content of the Joint Pretrial Statement, and all other pretrial submissions.
11 Dated: August    8,     2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]   A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."