1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12
   DR. ALIAZAM ABBASFAR, and        )   No. C 07-1155 PVT
13 MAHDIEH ANSARI ROODSARI,         )
                                    )
14              Plaintiffs,         )
                                    )
15      v.                          )
                                    )
16 MICHAEL CHERTOFF, Secretary,     )   STIPULATION TO EXTENSION OF
   Department of Homeland Security; EMILIO )   TIME TO FILE OPPOSITIONS AND
17 T. GONZALES, Director, United States )   SUBMISSION ON THE BRIEFS
   Citizenship and Immigration Services; )
18 CHRISTINA POULOS, Acting Director of )   Date:      October 23, 2007
   USCIS California Service Center;  )   Time:      10:00 a.m.
19 ALBERTO GONZALES, Attorney General )   Courtroom: 5, 4th Floor
   of the United States; ROBERT S.   )
20 MUELLER, III, Director of the Federal )
   Bureau of Investigation,          )
21                                   )
                Defendants.          )
22 _____)

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION
07-1155 PVT

1  On August 8, 2007, the Court issued an order setting dates for filing cross motions for
2  summary judgment and opposition papers. Opposition briefs are due to be filed October 2, 2007.
3  Plaintiffs' counsel is currently preparing for trial; therefore, the parties stipulate to a three day
4  extension for filing the oppositions. Opposition briefs shall be filed no later than **October 5, 2007**.
5  Furthermore, the parties believe that the issues in this case can be resolved without oral
6  argument, and hereby stipulate to submission of the case on the briefs. The parties hereby stipulate
7  that on October 5, 2007, the case shall be taken under submission, unless the Court desires oral
8  argument.

Dated: October 2, 2007                          Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney


                                                       /s/
                                                MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
                                                Attorneys for Defendants


Dated: October 2, 2007                                 /s/
                                                LORI B. SCHOENBERG
                                                Attorneys for Plaintiffs

## ORDER

Opposition briefs shall be filed no later than **October 5, 2007**. The parties have stipulated to submit this case on the briefs. The October 23, 2007 hearing date is hereby **VACATED**.

Dated: 10/3/07                                  PATRICIA V. TRUMBULL
                                                United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
07-1155 PVT                                     2